# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D21-2659
LT Case No. 2005-CA-064729

_____

LAUREL L. BUESCHER A/K/A
LAUREL L. BENNETT,

     Appellant,

     v.

ROY A. VAN EICK AND L&L
COLLECTIONS, LLC, A FLORIDA
LIMITED LIABILITY COMPANY,

     Appellee.

_____

On appeal from the Circuit Court for Brevard County.
Michelle L. Naberhaus, Judge.

Carl J. Hognefelt, of Amethyst Law Group, LLC, Tampa, for
Appellant.

James D. Tittle, of Tittle, Kairalla & Logan, P.L., West Palm
Beach, for Appellee.

August 15, 2023

PER CURIAM.

     AFFIRMED.

EDWARDS, C.J., LAMBERT, and PRATT, JJ., concur.

––––––––––––––––––––––––

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

––––––––––––––––––––––––